JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-00076-SSS-DTBx | Date | May 14, 2024 |
|---|---|---|---|
| Title | *Laxminarayan Corporation v. Melissa Madrigal, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On April 22, 2024, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on May 6, 2024, why this action should not be dismissed for lack of prosecution [Dkt. 16].  As of today's date, Plaintiff has not responded.  Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution.  The Clerk is **DIRECTED** to close the case.

   **IT IS SO ORDERED.**